# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Angelia Nichole Shockley, | ) BK No. 19-00138-MH2-7 |
| | ) |
| Debtor(s). | ) |

## ORDER AUTHORIZING SALE OF REAL PROPERTY

Erica R. Johnson, Chapter 7 Trustee (the "Trustee") having filed with the Court a Motion to Sell Real Property, notice of the Motion to Sell Real Property being provided to the parties to which notice is required pursuant to L.B.R. 9013-1, and no objection to this motion having been presented;

**IT IS HEREBY ORDERED** as follows:

A. That the Trustee is authorized to sell all of her right, title and interest in real property commonly described as 2088 Buffalo Valley Road, Cookeville, Tennessee 38501 (the "Property") for Three Hundred Sixty Thousand Dollars ($360,000.00) to David Ray Smith and Sue Ann Smith (the "Buyer") under the terms and conditions set forth in the Trustee's Motion to Sell Real Property previously filed with this Court (Docket Entry 84) (the "Motion").

B. That the sale is approved pursuant to 11 U.S.C. § 363(b), (f), (h), (m), and (n) and Fed. R. Bankr. P. 6004.

C. That the sale of the Property is free and clear of any and all exemptions and/or interests of the Debtor.

D. That the disputed lien of American Bank & Trust of the Cumberlands against the Property attaches to the proceeds of the sale, which will be held by the Trustee pending a final determination by this Court in the Avoidance Lawsuit (as defined in the Motion).

E. That the following payments of sale proceeds are approved and the Trustee is

authorized to disburse such amounts:

| **Real Estate Commission:** | Six percent (6%) of gross proceeds per L.B.R. 6005-1(c), to be paid as follows:<br>1. **$10,800.00** to Your Move Real Estate, LLC, the Trustee's Agent; and<br>2. **$10,800.00** to The Realty Firm, the Buyer's Agent. |
|---|---|
| **Other costs and expenses:** | 1. *See* Purchase and Sale Agreement attached to the Motion as Exhibit A.<br>2. Any other liens of record at closing that are revealed by the final title search. |

F. That this order shall be immediately effective upon entry notwithstanding Fed. R. Bankr. P. 6004(h) and any other of the Federal Rules of Bankruptcy Procedure.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON, ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.