*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 10/24/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COOKEVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 2:19-bk-00138 |
| ANGELIA NICHOLE SHOCKLEY, ) | Chapter 7 |
| ) | Judge Marian F. Harrison |
| Debtor. ) | |

## AGREED ORDER DELINEATING DISTRIBUTION OF PROCEEDS UPON SALE OF REAL PROPERTY BY THE ESTATE

THIS MATTER IS BEFORE THE COURT upon the *Joint Motion for Entry of Agreed Order Delineating Distribution of Proceeds Upon Sale of Real Property by the Estate* (the "Motion") filed by Erica R. Johnson, chapter 7 trustee (the "Trustee") of the bankruptcy estate of Debtor Angelia Nichole Shockley ("Mr. Brubacher"), and Creditor Jason Brubacher, as representative of the bankruptcy estate pursuant to the *Order Granting Derivative Standing to Pursue Avoidance Actions* entered on April 17, 2019 (Docket No. 25) (the "Derivative Standing Order"). Any capitalized term not specifically defined herein shall have the meaning ascribed to it in the Motion.

Upon the agreement of Mr. Brubacher and the Trustee, as evidenced by the signatures of their respective counsel below, it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED;

2. The distribution outlined in subsection (a) of Paragraph 5 of the Derivative Standing Order shall be amended and superseded to state as follows:

   a. First, to approved fees, costs and expenses incurred by counsel for Mr. Brubacher, acting with derivative standing to represent the estate, for pursuit and prosecution of such causes, and/or by the Chapter 7 Trustee, or her counsel, for fees, costs, and expenses incurred in the administration of the estate.

   b. All remaining proceeds will be retained for the benefit of the creditors of this bankruptcy estate in the same manner, priority, and extent as outlined in the Bankruptcy Code or other order of this Court.

3. The Court retains jurisdiction to interpret or enforce the terms of this Order.

IT IS SO ORDERED.

---

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

---

APPROVED FOR ENTRY:

/s/ Justin T. Campbell
Justin T. Campbell
Thompson Burton PLLC
1801 West End Avenue, Suite 1550
Nashville, TN 37203
615.465.6015
justin@thompsonburton.com

*Counsel for Chapter 7 Trustee*

/s/ Ned Hildebrand
Henry E. ("Ned") Hildebrand, IV
Gray Waldron
DUNHAM HILDEBRAND, PLLC
2416 21st Avenue South, Suite 303
Nashville, TN 37212
615.933.5851
ned@dhnashville.com

*Counsel for Jason Brubacher, with derivative standing on behalf of the bankruptcy estate*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.